Criminal Court
of Appeals
Mr. Abel Acosta
P.O. Box 12308
Capital Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk

84,887-03
January 26, 2015

Re: Case No. 07-11-00425CR ; Trial Crt. No. 4157

Dear Mr. Acosta;

On August 6, 2014 I mailed a Writ of Mandamus to your office to be filed in the Honorable Court In the above-title case numbers concerning The Honorable Court of the Forty-Sixth Judicial District Judge Dan Mike Bird, in is of a Nunc Pro Tunc.
However I have never recieved acknowledgement of this filing, nor any answer from Judge Bird in this matter.
I would appreciate your response concering this Writ, and your assistance.
Please forward call information to the address below.

Respectfully,

Carl Wade Curry
TDCJ-I.D. 1752235
Allen B. Polansky Unit
3872 FM 350 South
Livingston, Texas 77351